HARRY MOROFF, Respondent, v. MAX POLINSKY, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Johnston, J., not voting.

NASSAU COUNTY TRUST COMPANY, as Administrator, etc., of SHAHEENIE SALEEBY, Deceased, and Another, Respondents, v. NAZURA D. SALEEBY, Appellant, and Others, Defendants, Consolidated with NAZURA SALEEBY, Plaintiff, v. NASSAU COUNTY TRUST COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

GENEVIEVE NIEVES and Another, Appellants, v. CITIZENS SAVINGS BANK, Respondent.— Motion to resettle order of March 25, 1935 [243 App. Div. 816], denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

HELEN NOVIDOFF, as Guardian ad Litem for MARYLIN NOVIDOFF, and HELEN NOVIDOFF, Individually, Respondents, v. PLAYLAND HOLDING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

CLARA PATTERSON, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

PAYMER BROTHERS REALTY CORPORATION, Appellant, v. CHLORAL CHEMICAL COMPANY, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

CHARLES PSATY, Doing Business as METROPOLITAN ROOFING COMPANY, Appellant, v. MOLLIE LEVINE, Respondent.— Motion for leave to appeal to the Appellate Division and for a stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD F. BERKEY and Others, Appellants, v. BERNARD H. FOLEY, Constituting the Board of Assessors of the Village of North Tarrytown, N. Y., and Others, etc., Respondents. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CORNER OPERATING COMPANY, Respondent, v. WILLIAM J. WEISE, as Assessor, and Others, Constituting the Board of Tax Review of the City of White Plains, and Another, etc., Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

MINNIE RIBACK, Respondent, v. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York in Possession of the Property and Business of THE PRUDENCE COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

IRVING ROSSHEIM, Respondent, v. WILLIAM V. DWYER and NEW YORK HOCKEY CLUB, INC., Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.